Decided September 18, 1996

DELORES GRIMES ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF NEW HAVEN

The plaintiffs' petition for certification for appeal from the Appellate Court, 42 Conn. App. 324 (AC 14894), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the class action statute of limitations tolling rule, as articulated in *American Pipe & Construction Co.* v. *Utah,* 414 U.S. 538 (1973), and its progeny, did not apply so as to toll the statute of limitations applicable to the plaintiffs' class action claims?"

The Supreme Court docket number is SC 15518.

*David N. Rosen,* in support of the petition.

*Edward T. Krumreich* and *Miles F. McDonald, Jr.*, in opposition.

Decided September 18, 1996